# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAMONDRIA J. JOHNSON, JR., | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:21-cv-127 |
| v. | * | |
| SHERIFF E. NEAL JUMP, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Ramondria Johnson ("Johnson") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Johnson's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Johnson *in forma pauperis* status on appeal.

**SO ORDERED**, this ___30___ day of ___June___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)